# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-43924-JPC |
| | § | |
| ERIK J ANDERSON | § | |
| MARTHA ANDERSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/02/2013, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/05/2013          By:   /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-43924-JPC
 §
ERIK J ANDERSON §
MARTHA ANDERSON §
 §
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $13,809.33
*and approved disbursements of* $2,370.40
*leaving a balance on hand of[1]:* $11,438.93

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $11,438.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $2,130.93 | $0.00 | $2,130.93 |
| David P. Leibowitz, Trustee Expenses | $7.95 | $0.00 | $7.95 |
| Lakelaw, Attorney for Trustee Fees | $3,471.25 | $0.00 | $3,471.25 |
| Lakelaw, Attorney for Trustee Expenses | $15.73 | $0.00 | $15.73 |
| POPOWCER KATTEN, Accountant for Trustee Fees | $920.00 | $0.00 | $920.00 |

Total to be paid for chapter 7 administrative expenses: $6,545.86
Remaining balance: $4,893.07

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|--|--|--|
|  | Remaining balance: | $4,893.07 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|--|--|--|
|  | Remaining balance: | $4,893.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $81,739.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|--|--|--|--|--|
| 1 | Chase Bank USA, N.A. | $9,776.74 | $0.00 | $585.27 |
| 2 | PYOD LLC its successors and assigns as assignee of Citibank | $6,551.39 | $0.00 | $392.18 |
| 3 | American Express Centurion Bank | $637.62 | $0.00 | $38.17 |
| 4 | Chase Bank USA, N.A. | $19,580.24 | $0.00 | $1,172.11 |
| 5 | Chase Bank USA, N.A. | $4,542.36 | $0.00 | $271.91 |
| 6 | Us Dept Of Education | $7,001.83 | $0.00 | $419.14 |
| 7 | Chase Bank USA, N.A. | $532.54 | $0.00 | $31.88 |
| 8 | Fia Card Services, NA/Bank of America | $24,570.37 | $0.00 | $1,470.83 |
| 9 | Citibank South Dakota NA | $8,546.01 | $0.00 | $511.58 |

|  | Total to be paid to timely general unsecured claims: | $4,893.07 |
|--|--|--|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-43924-JPC
Erik J Anderson                                                 Chapter 7
Martha Anderson
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 3          Date Rcvd: Apr 08, 2013
                             Form ID: pdf006          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2013.
db          #+Erik J Anderson,    710 Tomaszewski,    Lemont, IL 60439-4370
jdb         #+Martha Anderson,    710 Tomaszewski,    Lemont, IL 60439-4370
14746298     +American Express,   c/o Becket and Lee,    Po Box 3001,   Malvern, PA 19355-0701
14987234      American Express Centurion Bank,    POB 3001,   Malvern, PA 19355-0701
14746299     +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
14746300     +Cfna/meineke,    P O Box 81344,   Cleveland, OH 44181-0344
14746301     +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,    Kennesaw, GA 30156-9204
14746302     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14746303     +Chase - Cc,   Attention: Bankruptcy Department,    Po Box 15298,   Wilmington, DE 19850-5298
14968018      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15021420     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
14746304     +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
14746305     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15355371      Citibank South Dakota NA,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
14746306     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14746307     +E Loan/Sst,    4315 Pickett Rd,   Saint Joseph, MO 64503-1600
14746309     +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
14746311     +Lane Bryant,   Po Box 182273,    Columbus, OH 43218-2273
14746312     +Macys/fdsb,   Macy's Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
14746313     +Rnb-fields3,   Po Box 9475,    Minneapolis, MN 55440-9475
14746314     +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,   Greenville, TX 75403-5609
14746315     ++VON MAUR INC,   6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    Attn: Credit Dept,    6565 Brady,   Davenport, IA 52806)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15312382      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2013 03:24:42
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14746308     +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2013 02:28:45      GEMB / Old Navy,
               Attention: Bankruptcy,    Po Box 103106,   Roswell, GA 30076-9106
14746310     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 09 2013 02:15:44       Kohls,   Attn: Recovery,
               Po Box 3120,   Milwaukee, WI 53201-3120
14981321      E-mail/Text: resurgentbknotifications@resurgent.com Apr 09 2013 02:13:48
               PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                      TOTAL: 4


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0752-1          User: mrahmoun          Page 2 of 3          Date Rcvd: Apr 08, 2013
                             Form ID: pdf006          Total Noticed: 26

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2013**                    **Signature:**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2013 at the address(es) listed below:
        Carrie A Zuniga    on behalf of Trustee David P Leibowitz, ESQ czuniga@lakelaw.com
        David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ    on behalf of Accountant    PopowcerKatten Ltd dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Lloyd    on behalf of Debtor Erik J Anderson courtdocs@davidlloydlaw.com
        David P Lloyd    on behalf of Joint Debtor Martha  Anderson courtdocs@davidlloydlaw.com
        Jason R Allen    on behalf of Debtor Erik J Anderson NDILnotices@legalhelpers.com,
         CourtNotice@legalhelpers.com
        Jason R Allen    on behalf of Joint Debtor Martha  Anderson NDILnotices@legalhelpers.com,
         CourtNotice@legalhelpers.com
        John  Eggum    on behalf of Trustee David P Leibowitz, ESQ jeggum@fgppr.com
        Jonathan T Brand    on behalf of Trustee David P Leibowitz, ESQ jbrand@lakelaw.com,
         ECF@lakelaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                           TOTAL: 11