**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43924-JPC |
| | § | |
| ERIK J ANDERSON | § | |
| MARTHA ANDERSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $373,178.00 | Assets Exempt: | $33,398.52 |
| Total Distributions to Claimants: | $4,893.07 | Claims Discharged Without Payment: | $86,996.03 |
| Total Expenses of Administration: | $8,916.26 | | |

3) Total gross receipts of $13,809.33 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $13,809.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $377,914.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $8,916.26 | $8,916.26 | $8,916.26 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $79,049.00 | $81,739.10 | $81,739.10 | $4,893.07 |
| **Total Disbursements** | $456,963.00 | $90,655.36 | $90,655.36 | $13,809.33 |

4). This case was originally filed under chapter 7 on 11/19/2009. The case was pending for 45 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2013            By:  /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Grayling, MI 10.20 acres parcel, 12 comm at the | 1110-000 | $13,000.00 |
| Tax Intercept | 1224-000 | $809.00 |
| Interest Earned | 1270-000 | $0.33 |
| **TOTAL GROSS RECEIPTS** | | **$13,809.33** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending | 4110-000 | $317,911.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Lending | 4110-000 | $60,003.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$377,914.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,130.93 | $2,130.93 | $2,130.93 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $7.95 | $7.95 | $7.95 |
| Recording Fees to County Register of Deeds | 2500-000 | NA | $17.00 | $17.00 | $17.00 |
| Title Insurance Payment Threee Lakes Abstract & Title Co. | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| Green Bank | 2600-000 | NA | $119.29 | $119.29 | $119.29 |
| City/county tax/stamps | 2820-000 | NA | $14.30 | $14.30 | $14.30 |
| City/Town Taxes for 2012 | 2820-000 | NA | $150.45 | $150.45 | $150.45 |
| County Deliquent taxes | 2820-000 | NA | $547.72 | $547.72 | $547.72 |
| County Taxes 2012 | 2820-000 | NA | $84.14 | $84.14 | $84.14 |
| State Tax/ Stamps | 2820-000 | NA | $97.50 | $97.50 | $97.50 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,471.25 | $3,471.25 | $3,471.25 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $15.73 | $15.73 | $15.73 |
| POPOWCER KATTEN, Accountant for Trustee | 3410-000 | NA | $920.00 | $920.00 | $920.00 |
| Comission to Northern Listings Realty, Realtor for Trustee | 3510-000 | NA | $1,040.00 | $1,040.00 | $1,040.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,916.26 | $8,916.26 | $8,916.26 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $9,776.00 | $9,776.74 | $9,776.74 | $585.27 |
| 2 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | $5,500.00 | $6,551.39 | $6,551.39 | $392.18 |
| 3 | American Express Centurion Bank | 7100-900 | $637.00 | $637.62 | $637.62 | $38.17 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $18,017.00 | $19,580.24 | $19,580.24 | $1,172.11 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $4,247.00 | $4,542.36 | $4,542.36 | $271.91 |
| 6 | Us Dept Of Education | 7100-000 | $6,799.00 | $7,001.83 | $7,001.83 | $419.14 |
| 7 | Chase Bank USA, N.A. | 7100-000 | $420.00 | $532.54 | $532.54 | $31.88 |
| 8 | Fia Card Services, NA/Bank of America | 7100-900 | $23,503.00 | $24,570.37 | $24,570.37 | $1,470.83 |
| 9 | Citibank South Dakota NA | 7100-000 | NA | $8,546.01 | $8,546.01 | $511.58 |
| | Cfna/meineke | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $7,851.00 | NA | NA | $0.00 |
| | Citgo Oil / Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| E Loan/Sst | 7100-000 | $0.00 | NA | NA | $0.00 |
| GEMB / Old Navy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $2,299.00 | NA | NA | $0.00 |
| Lane Bryant | 7100-000 | $0.00 | NA | NA | $0.00 |
| Macys/fdsb | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rnb-fields3 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Von Maur | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $79,049.00 | $81,739.10 | $81,739.10 | $4,893.07 |

Case 09-43924    Doc 55    Filed 09/03/13    Entered 09/03/13 10:32:55    Desc Main
                              Document          Page 5 of 11

**UST Form 101-7-TDR (10/1/2010)**

Case 09-43924 Doc 55 Filed 09/03/13 Entered 09/03/13 10:32:55 Desc Main
Document Page 6 of 11

Page No: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No.: | 09-43924-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ANDERSON, ERIK J AND ANDERSON, MARTHA | | Date Filed (f) or Converted (c): | 11/19/2009 (f) |
| For the Period Ending: | 8/26/2013 | | §341(a) Meeting Date: | 12/28/2009 |
| | | | Claims Bar Date: | 04/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 710 Tomaszewski, 60439, V | $337,000.00 | $0.00 | | $0.00 | FA |
| 2 | Grayling, MI 10.20 acres parcel, 12 comm at the | $6,500.00 | $6,500.00 | | $13,000.00 | FA |
| 3 | Checking account with Fidelity | $100.00 | $100.00 | | $0.00 | FA |
| 4 | Saving account with Fidelity | $50.00 | $50.00 | | $0.00 | FA |
| 5 | Miscellaneous used household goods | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Personal used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Employer - Term Life Insurance - no cash surrend | Unknown | $0.00 | | $0.00 | FA |
| 8 | Pension through the county | $35,941.00 | $35,841.00 | | $0.00 | FA |
| 9 | GE account IRA | $9,000.00 | $0.00 | | $0.00 | FA |
| 10 | Pension | $3,000.00 | $0.00 | | $0.00 | FA |
| 11 | Oil & Gas Royalties | $7,287.00 | $537.00 | | $0.00 | FA |
| 12 | 2002 Oldsmobile Bravada with 89,000 miles | $2,925.00 | $0.00 | | $0.00 | FA |
| 13 | 2000 Honda Odyssey with 135,000 miles Value per | $2,525.00 | $650.00 | | $0.00 | FA |
| 14 | 1986 Newport Pop Up Trailer | $100.00 | $0.00 | | $0.00 | FA |
| 15 | Tax Intercept (u) | $0.00 | $5,122.48 | | $809.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.33 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $405,228.00 | $48,800.48 | | $13,809.33 | $0.00 |

**Major Activities affecting case closing:**

| 06/20/2010 | 12.28 guns not scheduled, debtor will send deed to michigan property, paid $20,000, trustee to sell, debtor will provide K1 for oil and gas interest |
| | tax intercept ready for trustees signature |
| 06/20/2010 | Tax Intercept |
| 12/31/2011 | Liquidating Gas royalties |
| 06/04/2012 | Sell Grayling Real Estate - under contract |
| 07/11/2012 | Review Claims and Prepare TFR |
| 07/20/2012 | Motion to Employ Lois West |
| 03/12/2013 | TFR completed for Trustee's review. |
| 03/28/2013 | TFR sent to UST office for review and approval |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2012 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No.: | 09-43924-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ANDERSON, ERIK J AND ANDERSON, MARTHA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1679 | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | ******1680 | Account Title: | DDA |
| For Period Beginning: | 11/19/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $809.33 | | $809.33 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.25 | $809.08 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.13 | $807.95 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.30 | $806.65 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.34 | $805.31 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.21 | $804.10 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.25 | $802.85 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.29 | $801.56 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.29 | $800.27 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.20 | $799.07 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.33 | $797.74 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.20 | $796.54 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.28 | $795.26 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.28 | $793.98 |
| 07/11/2012 | | Three Lakes Abstract & Title | Proceeds from the sale of Debtors' property. | * | $10,748.89 | | $11,542.87 |
| | {2} | | Gross sale amount $13,000.00 | 1110-000 | | | $11,542.87 |
| | | | City/Town Taxes for 2012 $(150.45) | 2820-000 | | | $11,542.87 |
| | | | County Taxes 2012 $(84.14) | 2820-000 | | | $11,542.87 |
| | | | County Deliquent taxes $(547.72) | 2820-000 | | | $11,542.87 |
| | | | Comission to Northern Listings Realty $(1,040.00) | 3510-000 | | | $11,542.87 |
| | | | Title Insurance Payment Threee Lakes Abstract & Title Co. $(300.00) | 2500-000 | | | $11,542.87 |
| | | | Recording Fees to County Register of Deeds $(17.00) | 2500-000 | | | $11,542.87 |
| | | | City/county tax/stamps $(14.30) | 2820-000 | | | $11,542.87 |
| | | | State Tax/ Stamps $(97.50) | 2820-000 | | | $11,542.87 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.43 | $11,530.44 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $20.40 | $11,510.04 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $16.17 | $11,493.87 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.54 | $11,475.33 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.11 | $11,456.22 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $17.29 | $11,438.93 |
| 05/02/2013 | 5001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,130.93 | $9,308.00 |
| 05/02/2013 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $7.95 | $9,300.05 |
| 05/02/2013 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 3,471.25; Amount Allowed: 3,471.25; Distribution Dividend: 100.00; | 3110-000 | | $3,471.25 | $5,828.80 |
| 05/02/2013 | 5004 | Lakelaw | Claim #: ; Amount Claimed: 15.73; Amount Allowed: 15.73; Distribution Dividend: 100.00; | 3120-000 | | $15.73 | $5,813.07 |
| | | | | **SUBTOTALS** | $11,558.22 | $5,745.15 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-43924-JPC | |
| **Case Name:** | ANDERSON, ERIK J AND ANDERSON, MARTHA | |
| **Primary Taxpayer ID #:** | ******1679 | |
| **Co-Debtor Taxpayer ID #:** | ******1680 | |
| **For Period Beginning:** | 11/19/2009 | |
| **For Period Ending:** | 8/26/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2401 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2013 | 5005 | POPOWCER KATTEN | Claim #: ; Amount Claimed: 920.00; Amount Allowed: 920.00; Distribution Dividend: 100.00; | 3410-000 | | $920.00 | $4,893.07 |
| 05/02/2013 | 5006 | Us Dept Of Education | Claim #: 6; Amount Claimed: 7,001.83; Amount Allowed: 7,001.83; Distribution Dividend: 5.99; | 7100-000 | | $419.14 | $4,473.93 |
| 05/02/2013 | 5007 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 532.54; Amount Allowed: 532.54; Distribution Dividend: 5.99; | 7100-000 | | $31.88 | $4,442.05 |
| 05/02/2013 | 5008 | Citibank South Dakota NA | Claim #: 9; Amount Claimed: 8,546.01; Amount Allowed: 8,546.01; Distribution Dividend: 5.99; | 7100-000 | | $511.58 | $3,930.47 |
| 05/02/2013 | 5009 | Fia Card Services, NA/Bank of America | Claim #: 8; Amount Claimed: 24,570.37; Amount Allowed: 24,570.37; Distribution Dividend: 5.99; | 7100-900 | | $1,470.83 | $2,459.64 |
| 05/02/2013 | 5010 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 9,776.74; Amount Allowed: 9,776.74; Distribution Dividend: 5.99; | 7100-900 | | $585.27 | $1,874.37 |
| 05/02/2013 | 5011 | PYOD LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 6,551.39; Amount Allowed: 6,551.39; Distribution Dividend: 5.99; | 7100-900 | | $392.18 | $1,482.19 |
| 05/02/2013 | 5012 | American Express Centurion Bank | Claim #: 3; Amount Claimed: 637.62; Amount Allowed: 637.62; Distribution Dividend: 5.99; | 7100-900 | | $38.17 | $1,444.02 |
| 05/02/2013 | 5013 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 19,580.24; Amount Allowed: 19,580.24; Distribution Dividend: 5.99; | 7100-900 | | $1,172.11 | $271.91 |
| 05/02/2013 | 5014 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 4,542.36; Amount Allowed: 4,542.36; Distribution Dividend: 5.99; | 7100-900 | | $271.91 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $5,813.07 |
|---|---|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| **Case No.** | 09-43924-JPC | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | ANDERSON, ERIK J AND ANDERSON, MARTHA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1679 | **Checking Acct #:** | ******2401 |
| **Co-Debtor Taxpayer ID #:** | ******1680 | **Account Title:** | DDA |
| **For Period Beginning:** | 11/19/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/26/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $11,558.22 | $11,558.22 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $809.33 | $0.00 | |
| | | **Subtotal** | | $10,748.89 | $11,558.22 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $10,748.89 | $11,558.22 | |

**For the period of 11/19/2009 to 8/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $809.33 |
| | |
| Total Compensable Disbursements: | $13,809.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,809.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 8/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $809.33 |
| | |
| Total Compensable Disbursements: | $13,809.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,809.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 09-43924  Doc 55  Filed 09/03/13  Entered 09/03/13 10:32:55  Desc Main
Document      Page 10 of 11

| Case No. | 09-43924-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ANDERSON, ERIK J AND ANDERSON, MARTHA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1679 | | Money Market Acct #: | ******3924 |
| Co-Debtor Taxpayer ID #: | ******1680 | | Account Title: | |
| For Period Beginning: | 11/19/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2010 | (15) | United States Treasury | Tax refund | 1124-000 | $809.00 | | $809.00 |
| 07/22/2010 | (15) | United States Treasury | Deposit posted twice - | 1124-000 | $809.00 | | $1,618.00 |
| 07/22/2010 | (15) | DEP REVERSE: United States Treasury | Deposit posted twice - | 1124-000 | ($809.00) | | $809.00 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $809.03 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $809.06 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.03 | | $809.09 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.03 | | $809.12 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.03 | | $809.15 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.03 | | $809.18 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.03 | | $809.21 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.03 | | $809.24 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.03 | | $809.27 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.03 | | $809.30 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.03 | | $809.33 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $809.33 | $0.00 |
| | | | **TOTALS:** | | $809.33 | $809.33 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $809.33 | |
| | | | Subtotal | | $809.33 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $809.33 | $0.00 | |

| For the period of 11/19/2009 to 8/26/2013 | | For the entire history of the account between 07/22/2010 to 8/26/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $809.33 | Total Compensable Receipts: | $809.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $809.33 | Total Comp/Non Comp Receipts: | $809.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $809.33 | Total Internal/Transfer Disbursements: | $809.33 |

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-43924-JPC | |
| **Case Name:** | ANDERSON, ERIK J AND ANDERSON, MARTHA | |
| **Primary Taxpayer ID #:** | ******1679 | |
| **Co-Debtor Taxpayer ID #:** | ******1680 | |
| **For Period Beginning:** | 11/19/2009 | |
| **For Period Ending:** | 8/26/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******3924 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,558.22 | $11,558.22 | $0.00 |

| **For the period of 11/19/2009 to 8/26/2013** | | **For the entire history of the case between 11/19/2009 to 8/26/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $13,809.33 | Total Compensable Receipts: | $13,809.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,809.33 | Total Comp/Non Comp Receipts: | $13,809.33 |
| Total Internal/Transfer Receipts: | $809.33 | Total Internal/Transfer Receipts: | $809.33 |
| | | | |
| Total Compensable Disbursements: | $13,809.33 | Total Compensable Disbursements: | $13,809.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,809.33 | Total Comp/Non Comp Disbursements: | $13,809.33 |
| Total Internal/Transfer Disbursements: | $809.33 | Total Internal/Transfer Disbursements: | $809.33 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ